United States District Court
Southern District of Texas
**ENTERED**
April 10, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| GASPAR MUNIZ, *et al*, § § § Plaintiffs, § VS. § CIVIL ACTION NO. 6:18-CV-00066 § ONEMAIN FINANCIAL SERVICES, INC., § § § Defendant. § | |

## ORDER OF DISMISSAL

This matter is before the Court on the parties' stipulation of dismissal (Dkt. No. 13). The premises considered, now therefore, it is ORDERED that all claims and causes of action brought by the plaintiffs against the defendant, and all counterclaims brought by the defendant against the plaintiffs are hereby dismissed without prejudice to re-filing same or any part thereof. This Order disposes of all claims by all parties in this action.

It is so ORDERED.

SIGNED on this 10th day of April, 2019.

_____
Kenneth M. Hoyt
United States District Judge